#### Opinion on Request for Withdrawal of Motion for Rehearing.

HAWKINS, J. Appellant is under conviction for murder, with the punishment assessed at ten years' confinement in the penitentiary.

An opinion of this court has heretofore been delivered affirming the judgment of conviction. A motion for rehearing was filed by appellant, and is pending in this court at this time.

Appellant now files his affidavit advising the court that he desires to withdraw the motion for rehearing.

Complying with his request, the motion for rehearing is dismissed, and mandate is ordered issued upon the original opinion.

---

### Andy MEADOR v. STATE. (No. 9670.)

(Court of Criminal Appeals of Texas. Jan. 12, 1927.)

Appeal from District Court, Tom Green County; J. F. Sutton, Judge.

W. A. Anderson, of San Angelo, G. E. Lockhart, of Lubbock, and Williams, Williams, McClellan & Lincoln, of Waco, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.